# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | **CRIMINAL ACTION:** |
| **ANTWUN JOHNSON, DEIDRA** : | **1:22-cr-00091-SCJ-LTW** |
| **ANDERSON, KEVIN BOLTON,** : | |
| **and MARKUS ODOMES,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

The Pretrial Conference, previously scheduled for October 5, 2022, is continued to **Tuesday, October 18, 2022, at 11:30 A.M.**, before the undersigned magistrate judge. This continuance will allow the necessary time needed for all attorneys to review the voluminous discovery and determine if any pretrial motions are necessary. The time for filing pretrial motions is extended to and through October 14, 2022.

( )   The delay between the original and rescheduled pretrial conferences shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

( )   The delay between the original and rescheduled pretrial conferences shall not be excluded for Speedy Trial Act purposes. 18 U.S.C. § 3161, *et seq.*

(X)   The Court finds that due to the extensive discovery in this case, it was necessary to extend the time for the defendants to file pretrial motions, and accordingly, postpone the holding of the initial pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161, *et seq.*

**IT IS SO ORDERED,** this **4th** day of **October**, 2022.

　　　　　　　　　　　　　　　　　/S/LINDA T. WALKER
　　　　　　　　　　　　　　　　　LINDA T. WALKER
　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**