IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KELVIN BOLTON,**<br><br>   Movant,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>   Defendant. | **MOTION TO VACATE**<br>**28 U.S.C. § 2255**<br><br>**CRIMINAL ACTION NO.**<br>**1:22-CR-00091-SCJ-CCB-1**<br><br>**CIVIL ACTION NO.**<br>**1:25-CV-06780-SCJ-CCB** |

**O R D E R**

This matter appears before the Court on the Final Report and Recommendation (Doc. No. [315]) issued by the Honorable Christopher C. Bly, United States Magistrate Judge to which no objection has been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [315]) is received with approval and **ADOPTED** as the Order of this Court. Accordingly, the Motion to Vacate (Doc. No. [310]) is **DISMISSED without prejudice as premature**. A certificate of appealability is **DENIED**. The Clerk is **DIRECTED** to close civil action number 1:25-cv-06780-SCJ-CCB.

**IT IS SO ORDERED** this 29th day of January, 2026.

_____
**HONORABLE STEVE C. JONES**
**United States District Judge**